BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00392-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BALTAZAR CASTANEDA GARCIA, et al. | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status hearing April 6, 2015 at 1:00 p.m.

2. By this stipulation, government moves to continue the status hearing to May 4, 2015 at 1:00 p.m., or at a time convenient to the court. Time has previously been excluded to and through June 16, 2015 the date set for the jury trial in this matter. Defense counsel does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Additional time is needed for formulating offers and the approval process as well as investigation related to the formulation and consideration of any offer to settle the matter;

Garcia, et al Stipulation and Proposed Order

1

b. The parties have agreed to continue the date for the status conference to May 4, 2015;

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2014 to June 16, 2015, inclusive, has previously been excluded by the court on September 29, 2015.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  April 2, 2015 | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| DATED:  April 2, 2015 | /s/ David Torres<br>DAVID TORRES<br>Attorney for Defendant Garcia |
| DATED:  April 2, 2015 | /s/ Nick Reyes<br>NICK REYES<br>Attorney for Defendant Peraza Ruiz |
| DATED:  April 2, 2015 | /s/ E. Marshall Hodgkins<br>E. MARSHALL HODGKINS<br>Attorney for Defendant Vega |
| DATED:  April 2, 2015 | /s/ Peter Jones<br>PETER JONES<br>Attorney for Defendant Canchola |

O R D E R

Pursuant to the parties' Stipulation, the STATUS CONFERENCE is continued to May 4, 2015 at 1:00 p.m.  The trial shall remain as set on June 16, 2015.

IT IS SO ORDERED.

Dated:  **April 3, 2015**                    /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

Garcia, et al Stipulation and Proposed Order

2