BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>BALTAZAR CASTANEDA GARCIA, et al.<br><br>       Defendant, | CASE NO.  1:13-cr-00392-LJO-SKO<br><br>STIPULATION TO CONTINUE JURY TRIAL DATE; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1.  By previous order, this matter was set for jury trial June 16, 2015 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

2.  By previous order, this matter is set for status conference June 1, 2015 at 1:00 p.m. before the Honorable Sheila K. Oberto.

3.  By this stipulation, the parties agree to continue the jury trial date to September 15, 2015 at 8:30 a.m. before the Honorable Judge Lawrence J. O'Neill and exclude time to and through the trial date.  Time has previously been excluded to and through June 16, 2015.  Defense counsel concurs with and does not oppose this request.

1

4.     At the last status conference, the parties requested Judge Oberto to vacate the trial date however she advised the parties to contact the trial judge regarding the request.

5.     Counsel for the government has been out of the office on leave a significant amount of time over the past three and a half months due to the sudden illness and recent death of her mother.  Government counsel has only very recently returned to work full time as time was needed to deal with family issues associated with the aforementioned events.

6.     Government counsel has spoken with attorney David Torres who represents defendant Baltazar Garcia.  Mr. Torres said that he is currently in an ongoing homicide trial and the trial is not expected to conclude prior to June 16, 2015.  Mr. Torres said he expected that the jury would begin deliberations on July 3, 2015. Additionally, Mr. Torres said that he has other homicide/attempted homicide jury trials that are set that affect his availability until the date requested in this stipulation and suggested a September setting.

7.     Despite the exercise of due diligence, counsel for the defense and government cannot adequately prepare for trial before September 15, 2015.  Attorney Torres will be actively involved in trial until approximately July 3, 2015 with other matters set to proceed after that.  Additional investigation is required for all defendants.  The unavailability of counsel for the government has prevented the recent presentation and consideration of offers to settle this matter.  Defense counsel need until September 15, 2015 to investigate this matter both as to defenses and/or to assess the merits of possible dispositions.

8.     The parties agree and stipulate, and request that the Court find the following:

     a.     Additional time is needed for investigation, trial preparation, plea negotiations, and for continuity of counsel;

     b.     The parties have agreed to continue the jury trial presently set for June 16, 2015 to September 15, 2015 at 8:30 a.m.;

Garcia, et al Stipulation and Proposed Order to Continue Trial

c.      The status conference currently set for June 1, 2015 at 1:00 p.m.

before Judge Oberto will remain as set unless vacated by stipulation prior to that date;

d.      Other dates may be calendared by contacting the court;

e.      For the purpose of computing time under the Speedy Trial Act, 18

U.S.C. § 3161, et seq., within which trial must commence, the time period of

September 29, 2014 to June 16, 2015, inclusive, has previously been excluded by the

court on September 29, 2015.  Time between June 16, 2015 and September 15, 2015,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)

because it results from a continuance granted by the Court at both the defendants' and

government's  request on the basis of the Court's finding that the ends of justice

served by taking such action outweigh the best interest of the public and the

defendant in a speedy trial.

9.      Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period

within which a trial must commence.

IT IS SO STIPULATED.

DATED:  May 20, 2015                                      /s/ Laurel J. Montoya
                                                         LAUREL J. MONTOYA
                                                         Assistant United States Attorney

DATED:  May 20, 2015                                      /s/ David Torres
                                                         DAVID TORRES
                                                         Attorney for Defendant Garcia

DATED:  May 20, 2015                                      /s/ Nick Reyes
                                                         NICK REYES
                                                         Attorney for Defendant Peraza Ruiz

DATED:  May 20, 2015                                      /s/ E. Marshall Hodgkins
                                                         E. MARSHALL HODGKINS
                                                         Attorney for Defendant Vega

///

///

///

///

Garcia, et al Stipulation and Proposed Order to
Continue Trial

DATED:  May 20, 2015                                    /s/ Peter Jones
                                                        PETER JONES
                                                        Attorney for Defendant Canchola

O R D E R

IT IS SO FOUND AND ORDERED that the JURY TRIAL is continued to September 15, 2015 at 8:30 a.m.    Time is excluded as set forth above.

It is further ordered that any offer that the Government is going to provide must be conveyed no later than July 1, 2015.  If there is to be a change of plea pursuant to an agreement, it must be accomplished on the record on or before August 10, 2015.  After that date, the only plea that will be allowed is a plead-to-the-sheet plea.  Last minute changes of plea pursuant to agreement are unnecessary and adversely affect other calendar matters.

IT IS SO ORDERED.

Dated:   **May 22, 2015**                        **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

Garcia, et al Stipulation and Proposed Order to
Continue Trial