NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JESUS MANUEL PERAZA RUIZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00392-002-LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JESUS MANUEL PERAZA RUIZ | |
| Defendant. | |

    Defendant, JESUS MANUEL PERAZA RUIZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, October 26, 2015, at 8:30a.m. be continued to Monday, December 14, 2015 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

    The continuance is necessary because defendant has not fulfilled his Safety Valve debriefing due to both defense counsel's and Assistant United States Attorney's schedules and availability.

    It is anticipated based on present scheduling that the Safety Valve requirements can be completed and sentencing positions finalized by December 14, 2015.

1

Good cause exists in that the continuance is necessary for defendant to fulfill the Safety Valve interview and defendant will be prejudiced if not given the opportunity to earn the Safety Valve 2-point reduction.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/13/2015

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 10/13/2015

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **October 13, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2