UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL PERAZA RUIZ,<br><br>Defendant. | No. 1:13-cr-00392-NONE<br><br>ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO THE FEDERAL DEFENDER'S OFFICE<br><br>(Doc. Nos. 197, 200) |

On January 4, 2016, defendant Jesus Manuel Peraza Ruiz was sentenced in this action. (Doc. No. 142.) On December 15, 2020, defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. Nos. 197; *see also* 200.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order from the court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

1

1  The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock
2  (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's
3  Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated: __**February 1, 2021**__                    /s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE