HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00392-NONE-SKO-2 |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |
| vs. | ) |
| JESUS MANUEL PERAZA RUIZ, | ) |
| Defendant, | ) |

Defendant, Jesus Manuel Peraza Ruiz, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. Ruiz had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act. He submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Ruiz was sentenced to 108-month term of imprisonment on January 04, 2016 and is currently in custody.

After reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Ruiz on his compassionate release proceedings related to this case.

DATED: February 22, 2021          */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **February 22, 2021**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

-2-