MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
JESUS MANUEL PERAZA RUIZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>JESUS MANUEL PERAZA RUIZ,<br><br>Defendants. | No. 1:13-CR-00392-NONE-SKO<br><br><br><br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND LAUREL JACKSON MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JESUS MANUEL PERAZA RUIZ, by and through his attorney of record, MONICA L. BERMUDEZ, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: April 14, 2021
                                                   Respectfully Submitted,
                                                   */s/ Monica L. Bermudez*
                                                   MONICA L. BERMUDEZ
                                                   Attorney for Defendant
                                                   Jesus Manuel Peraza Ruiz


DATED: April 14, 2021
                                                   */s/Laurel Jackson Montoya*
                                                   LAUREL JACKSON MONTOYA
                                                   Assistant U.S. Attorney

# **ORDER**

In connection with the pending motion for compassionate release pursuant to 28 U.S.C. § 3582 (Doc. No. 197), the briefing schedule shall be follows:

Defendant's/Petitioner's Opening Brief: **Due June 14, 2021**

Government/Respondent's Opposition Brief **Due July 14, 2021**

Defendant's/Petitioner's Rely (if any) **Due July 28, 2021**

IT IS SO ORDERED.

Dated: **April 16, 2021**

UNITED STATES DISTRICT JUDGE